UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ISIDRO GONZALEZ, WILLIAM CASTILLO,
and ANIBAL GONZALEZ, on behalf of themselves
and all other persons similarly situated,

    Case No.: 20-CV-02272(SJF)(ST)

          Plaintiffs,

-against-

**FILED**
**CLERK**

4:22 pm, Dec 08, 2020

WESTHAMPTON TREE WORKS, INC. and
GEORGE D. ECKART,

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

          Defendants.
-------------------------------------------------------------------X

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs, Isidro Gonzalez, William Castillo and Anibal Gonzalez and Defendants, Westhampton Tree Works, Inc. and George D. Eckart, through their respective undersigned counsel, that the above-captioned action be dismissed in its entirety, with prejudice.

LAW OFFICE OF PETER A. ROMERO
PLLC

_/s/ Peter A. Romero_

Peter A. Romero, Esq.
825 Veterans Highway-Ste B
Hauppauge, New York 11788
Tel. (631) 257-5588
promero@romerolawny.com

JONATHAN D. BROWN,
ESQ.

_/s/ Jonathan D. Brown_

Jonathan D. Brown, Esq.
737 Roanoke Avenue
Riverhead, New York 11901
(631) 727-3948
jonathanbrown55@hotmail.com

SO ORDERED on this <u>8th</u> day of _____December_____, 2020

/s/ Sandra J. Feuerstein, U.S.D.J.
_____
U. S. D. J.